FILED

06/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0235
_____

N.B., K.M.B., K.R.B., and K.R.B.,

      Plaintiffs and Appellants,

   v.

MONTANA DEPARTMENT OF PUBLIC            O R D E R
HEALTH AND HUMAN SERVICES, a Montana
State Agency, VALLEY COUNTY, a Montana
county, CYNDI BAILLARGEON, individually
and as a DPHHS employee, and DOES 1-X,

      Defendants and Appellees.
_____

      Plaintiffs and Appellants have moved to dismiss this appeal on the grounds that the order they sought to appeal is not a final judgment for purposes of appeal pursuant to M. R. App. P. 4(1)(a). Defendants and Appellees do not object to Appellants' motion.

      IT IS THEREFORE ORDERED that this appeal is DISMISSED WITHOUT PREJUDICE.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 16 2022